UNITED STATES of America, Plaintiff–Appellee,

v.

Agustin Guadalupe GONZALES–RODRIGUEZ, Defendant–Appellant.

No. 10–10233.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2010.[*]

Filed Feb. 22, 2011.

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Joseph W. Hanley, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Agustin Guadalupe Gonzales–Rodriguez appeals from the 37–month sentence imposed following his guilty-plea conviction to re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Gonzales–Rodriguez contends that the district court erred when it applied the 16–level enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(ii) after finding that his prior conviction for statutory rape was a "crime of violence." The valid and enforceable appeal waiver set forth in the plea agreement precludes our review of this issue. *See United States v. Bibler,* 495 F.3d 621, 623–24 (9th Cir.2007). We therefore enforce the waiver and dismiss the appeal.

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).